THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Kandy Gilliard, Appellant. 
 
 
 
 

Appeal From Charleston 
 County
  James E. Lockemy, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-296
 Submitted February 20, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor 
 Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Kandy Gilliard 
 appeals her convictions for murder and strong-armed robbery.  Gilliards appellate 
 counsel has petitioned to be relieved as counsel, stating he has reviewed the 
 record and has concluded Gilliards appeal is without merit.  The issue briefed 
 by counsel concerns whether the trial court erred in refusing to allow a polygraph 
 examiner to testify for Gilliard.  Gilliard has not filed any documents on her 
 own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Gilliards 
 appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur
 

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.